# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: ALBERT DEYAMPERT & RHONDA L. DEYAMPERT  
11536 BETHEL AVENUE  
HUNTLEY, IL  60142  
SSN-xxx-xx-1946 & xxx-xx-6093  
Case Number: 07-71796

Case filed on: 7/27/2007  
Plan Confirmed on:  
U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan:  $570.00        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 000 | ATTORNEY MATTHEW M LITVAK | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | ALBERT DEYAMPERT | 0.00 | 0.00 | 570.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 570.00 | 0.00 |
| 001 | HARRIS BANK BARRINGTON, N.A. | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | HARRIS BANK CONSUMER LENDING CENTER | 165,511.19 | 0.00 | 0.00 | 0.00 |
| 003 | HARRIS BANK BARRINGTON, N.A. | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | MCHENRY COUNTY TAX COLLECTOR | 3,517.50 | 3,517.50 | 0.00 | 0.00 |
|  | Total Secured | 169,028.69 | 3,517.50 | 0.00 | 0.00 |
| 005 | FIA CARD SERVICES | 10,996.50 | 10,996.50 | 0.00 | 0.00 |
| 006 | CAPITAL ONE | 5,717.10 | 5,717.10 | 0.00 | 0.00 |
| 007 | CAPITAL ONE | 3,854.47 | 3,854.47 | 0.00 | 0.00 |
| 008 | CHASE BANK USA N/A | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | CHASE BANK USA N/A | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | COM ED | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | HYUNDAI MOTOR FINANCE COMPANY | 7,772.61 | 7,772.61 | 0.00 | 0.00 |
| 012 | ROUNDUP FUNDING LLC | 5,592.85 | 5,592.85 | 0.00 | 0.00 |
| 013 | MCI | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | MEA - SJ CARE CENTERS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | NICOR GAS | 346.45 | 346.45 | 0.00 | 0.00 |
| 016 | ORCHARD BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | ECAST SETTLEMENT CORPORATION | 2,274.05 | 2,274.05 | 0.00 | 0.00 |
| 018 | ECAST SETTLEMENT CORPORATION | 938.10 | 938.10 | 0.00 | 0.00 |
| 019 | LVNV FUNDING LLC | 358.67 | 358.67 | 0.00 | 0.00 |
| 020 | SHERMAN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | SHERMAN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | VONAGE AMERICA INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | LVNV FUNDING LLC | 5,018.01 | 5,018.01 | 0.00 | 0.00 |
| 024 | WORLD FINANCIAL NETWORK NATIONAL BANK | 189.64 | 189.64 | 0.00 | 0.00 |
| 025 | JAMES STEVENSON | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | ECAST SETTLEMENT CORPORATION | 734.96 | 734.96 | 0.00 | 0.00 |
|  | Total Unsecured | 43,793.41 | 43,793.41 | 0.00 | 0.00 |
|  | Grand Total: | 212,822.10 | 47,310.91 | 570.00 | 0.00 |

Total Paid Claimant:      $570.00  
Trustee Allowance:        $0.00  
Percent Paid Unsecured:   0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 05/14/2008             By  /s/Heather M. Fagan